## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: July 17, 2017

Ms. Amy Marshall Gallegos
Jenner & Block
633 W. Fifth Street
Suite 3600
Los Angeles, CA 90071

Mr. Kirk D. Miller
Law Office
421 W. Riverside Avenue
Suite 660
Spokane, WA 99201

> Re: Case No. 16-4149, *Martha Vassalle, et al v. Midland Funding, LLC, et al*
> Originating Case No. : 3:11-cv-00096

Dear Counsel:

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Jeanine R. Hance on behalf of Amy Gigliotti
Case Manager
Direct Dial No. 513-564-7012

cc: Ms. Sandy Opacich
    Mr. Theodore W. Seitz
    Mr. Richard Lee Stone

Enclosure

Mandate to issue